| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Carolyn A. Knox (SBN: 181317) |
| 2 | Krista L. Mitzel (SBN: 221002) |
| | 560 Mission Street, Suite 3100 |
| 3 | San Francisco, California 94105 |
| | Telephone: (415) 397-2823 |
| 4 | Facsimile: (415) 397-8549 |
| 5 | Attorneys for Defendant |
| | THE PERMANENTE MEDICAL GROUP, INC. |
| 6 | GROUP LONG TERM DISABILITY PLAN |
| 7 | THORNTON DAVIDSON & ASSOCIATES |
| | Thornton Davidson (SBN: 166487) |
| 8 | 2055 San Joaquin Street |
| | Fresno, California 93721 |
| 9 | Telephone: (559) 256-9800 |
| | Facsimile: (559) 256-9791 |
| 10 | |
| | Attorney for Plaintiff |
| 11 | AGIUA HEATH |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AGIUA HEATH, | ) | Case No. C 04-04725 BZ |
| | ) | |
| Plaintiff, | ) | **STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED.R.CIV.P. RULE 41(a), AND [PROPOSED] ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| THE PERMANENTE MEDICAL GROUP, INC. GROUP LONG TERM DISABILITY PLAN, | ) | |
| | ) | |
| Defendant. | ) | |

///
///
///
///
///
///
///
///

STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER/ Case No. C 04-04725 BZ

1  Plaintiff AGIUA HEATH ("Plaintiff") and Defendant THE PERMANENTE MEDICAL
2  GROUP, INC. GROUP LONG TERM DISABILITY PLAN ("Plan") have reached a resolution
3  of this matter. The parties agree to dismiss this action in its entirety with prejudice, pursuant to
4  Fed.R.Civ.P. 41(a). Each party shall bear its own fees and costs.

The parties seek the Court's approval of dismissal of this action with prejudice through the order listed *infra*.

DATED: May 18, 2005

SEYFARTH SHAW LLP

By /s/ Krista L. Mitzel
    Krista L. Mitzel

Attorneys for Defendant
THE PERMANENTE MEDICAL GROUP, INC. GROUP LONG TERM DISABILITY PLAN

DATED: May ____, 2005

THORNTON DAVIDSON & ASSOCIATES

By_____
    Thornton Davidson

Attorney for Plaintiff
AGIUA HEATH

**IT IS SO ORDERED.**

DATED: _____, 2005

*IT IS SO ORDERED — Judge Susan Illston*

-2-
STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER/Case No. CGC 04-436993
SF1 28210468.1

Plaintiff AGIUA HEATH ("Plaintiff") and Defendant THE PERMANENTE MEDICAL GROUP, INC. GROUP LONG TERM DISABILITY PLAN ("Plan") have reached a resolution of this matter. The parties agree to dismiss this action in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a). Each party shall bear its own fees and costs.

The parties seek the Court's approval of dismissal of this action with prejudice through the order listed *infra*.

DATED: May ___, 2005

SEYFARTH SHAW LLP

By_____
Krista L. Mitzel

Attorneys for Defendant
THE PERMANENTE MEDICAL GROUP, INC. GROUP LONG TERM DISABILITY PLAN

DATED: May 17, 2005

THORNTON DAVIDSON & ASSOCIATES

By_____
Thornton Davidson

Attorney for Plaintiff
AGIUA HEATH

**IT IS SO ORDERED.**

DATED: _____, 2005

By_____
Magistrate Judge Bernard Zimmerman
United States District Court

-2-
STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER/Case No. CGC 04-436943
SF1 28210468.1